IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-002-FDW-DCK

| | |
|---|---|
| CECELIA COLETTE GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRUIST BANK, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 40) filed by Leonard A. Bennett, concerning Kevin A. Dillon, on June 22, 2023. Kevin A. Dillon seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 40) is **GRANTED**. Kevin A. Dillon is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 23, 2023

David C. Keesler
United States Magistrate Judge