IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-002-FDW-DCK

| | |
|---|---|
| **CECELIA COLETTE GRANT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **TRUIST BANK, TRANS UNION, LLC,** ) | |
| **EXPERIAN INFORMATION SOLUTIONS,** ) | |
| **INC., and EQUIFAX INFORMATION** ) | |
| **SERVICES, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Experian Information Solutions, Inc.'s Motion To Compel Arbitration" (Document No. 35) filed May 30, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion and the record, the undersigned will grant the motion.

The undersigned first notes that "Plaintiff's Response To Experian's Motion To Compel Arbitration" states in part that "to avoid further time and expense on this issue at this juncture, **Plaintiff consents to an American Arbitration Association arbitrator** [deciding] (1) whether Plaintiff and Experian have a valid agreement to arbitrate and (2) if so, whether Plaintiff's claims against Experian are subject to arbitration and/or fall within the scope of the purported agreement." (Document No. 38, p. 1) (emphasis added).

Next, the undersigned notes that the parties have filed a "Stipulation To Submit Claims Against Defendant Experian Information Solutions, Inc. To Arbitration And To Stay Case" (Document No. 42). The parties report that "Plaintiff and Experian met and conferred, and jointly

agree to arbitrate the merits of Plaintiff's dispute against Experian in this action." (Document No. 42, p. 1).

Based on the foregoing, the undersigned will grant the "…Motion To Compel Arbitration" and direct that this matter be stayed – as to Defendant Experian only. All other parties shall proceed in accordance with the "Case Management Order" (Document No. 34).

**IT IS, THEREFORE, ORDERED** that "Experian Information Solutions, Inc.'s Motion To Compel Arbitration" (Document No. 35) is **GRANTED**. Plaintiff Grant and Defendant Experian Information Solutions, Inc. shall arbitrate their dispute in this matter as they have stipulated.

**IT IS FURTHER ORDERED** that this matter is **STAYED** – as to Defendant Experian Information Solutions, Inc. Plaintiff and Defendant Experian shall file a Joint Status Report on **September 1, 2023**, and every **sixty (60) days** thereafter, until their arbitration is completed.

**SO ORDERED**.

Signed: July 2, 2023

David C. Keesler
United States Magistrate Judge