IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-002-FDW-DCK

| | |
|---|---|
| CECELIA COLETTE GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRUIST BANK, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) filed by Vincent Smolczynski, concerning Eric F. Barton, on August 16, 2023. Eric F. Barton seeks to appear as counsel *pro hac vice* for Defendant Equifax Information Services, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) is **GRANTED**. Eric F. Barton is hereby admitted *pro hac vice* to represent Defendant Equifax Information Services, LLC.

**SO ORDERED**.

Signed: August 16, 2023

David C. Keesler
United States Magistrate Judge